IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD LAWRENCE ISGRIGG,

      Plaintiff,                    No. CIV S-06-2720 GEB EFB P

      vs.

CDC,

      Defendant.                <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. The court has reviewed the papers plaintiff filed and, for the reasons stated, finds that this action should have been filed in a different district.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

////

Here, most defendants are located in Monterey County and the claim arose in Monterey County, California which is in the Northern District of California.  28 U.S.C. § 84(a).  Therefore, pursuant to 28 U.S.C. § 1404(a), this action is transferred to the United States District Court for the Northern District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

So ordered.

Dated:   December 7, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE